ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 NOV -7 PM 1:53

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SANTAZE HEARD, | ) |
| Plaintiff, | ) |
| v. | ) CV 313-058 |
| WILLIAM DANFORD, Warden, | ) |
| Defendant. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

SO ORDERED this 7th day of November, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE